UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASHLEY ROSS,<br><br>                              Plaintiff,<br><br>v.<br><br>HOME DEPOT U.S.A., INC.,<br><br>                              Defendants. | Case No.:  25-cv-167-RSH-KSC<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL**<br><br>[ECF No. 17] |

Before the Court is the Parties' Joint Motion to Dismiss. ECF No. 17. The joint motion satisfies the requirements of Rule 41(a)(1)(A)(ii) and is effective on filing. *See Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The action, in its entirety, is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close the case.

**IT IS SO ORDERED**.

Dated:  July 14, 2025

*Robert S Huie*
_____
Hon. Robert S. Huie
United States District Judge